# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | |
|---|---|
| MISTY W.<br><br>Plaintiff(s)<br><br>v.<br><br>ANDREW SAUL<br><br>Defendant(s) | **Case Number**<br><br>22cv670-MSB<br><br>**ORDER RE REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Dated: May 13, 2022

_____
Michael S. Berg
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency  ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous  ☐ Immunity as to
☐ Other:

Comments:

Dated:

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

Dated:

_____
United States District Judge