

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Misty R. Willems | Civil Action No.   22-cv-00670-LR |
| **Plaintiff,** | |
| V. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that remand for further proceedings is warranted. Additional administrative proceedings will allow the ALJ to fully analyze Dr. Benzl's opinion in formulating Plaintiff's RFC. Judgment is entered REVERSING the decision of the Commissioner and REMANDING this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Date:   9/27/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo

L. Sotelo, Deputy